two separate accidents occurred, for both of which plaintiff is claiming damages, the Court feels that he should sustain the motion of the defendant.

The plaintiff may have 15 days in which to file a Bill of Particulars.

## ASPARAGUS v. BALTIMORE & O. R. CO.

Civ. No. 5700.

District Court, N. D. Ohio, Western Division.

June 19, 1947.

Carl J. Gugler, of Galion, Ohio, for plaintiff.

J. S. Rhinefort, of Toledo, Ohio, for defendant.

KLOEB, District Judge.

This is an action under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq. Defendant has filed a motion for a Bill of Particulars. In view of the peculiar circumstances involved herein, viz., that